REALTY CORPORATION, Appellant, Impleaded with PRESTO ELECTRIC Co., INC., Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within ten days from service of this order with notice of entry thereof. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NATHAN GARELIK and SAMUEL MARKMAN, Individually and as Copartners, Doing Business under the Firm Name and Style of GARELIK & MARKMAN, Respondents, v. MARY T. RENNARD, Impleaded with MEYER ZAUSNER and Others, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion, Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of UNITED STATES PACIFIC Co., INC., Respondent, for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between the Petitioner and ACME BURLAP BAG COMPANY, Appellant, on May 24, 1920, Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.* — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABRAHAM CARLSON, Appellant, v. SUSAN A. LUDIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FELS & COMPANY, Appellant, v. PHILIPPINE VEGETABLE OIL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLY WINBURN and Another, Appellants, v. JESSE WINBURN, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLY WINBURN and Another, Appellants, v. JESSE WINBURN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANCIS L. KOHLMAN and Others, as Receivers of ADMIRABLE SHIRT COMPANY, INC., Respondents, v. INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALPHA TRADING COMPANY, INC., Respondent, v. JOHN L. HOGAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH WEINSTEIN v. SAMUEL ERSHOWSKY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE W. LIVINGSTON v. HARRY LIVINGSTON.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE W. LIVINGSTON v. HARRY LIVINGSTON.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

* Amd. by Laws of 1921, chap. 14.— [REP.